UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CitiMortgage, Inc., successor by merger to Citifinancial Mortgage Company, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Jody L. Bear, et al.<br><br>Defendants. | Case No. 2:07-cv-1146<br><br>Judge Edmund A. Sargus<br><br>**ORDER DISMISSING CASE** |

UNITED STATES DISTRICT JUDGE EDMUND A. SARGUS

This matter is before the Court on the motion of Plaintiff for an order dismissing this case under Rule 41(a)(2) of the Federal Rules of Procedure. The Court hereby grants Plaintiff's motion. The case is hereby dismissed without prejudice at Plaintiff's costs.

**IT IS SO ORDERED.**

_____  1-28-2008
Edmund A. Sargus
UNITED STATES DISTRICT JUDGE

G:\Cases - TM\07-30444\M&O To Dismiss Case-080125-MAH.wpd